IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ray A. Gott,             Case No. 3:08 CV 2680

       Plaintiff,         MEMORANDUM OPINION
                         AND ORDER

-vs-

                          JUDGE JACK ZOUHARY

Commissioner of Social Security,

       Defendant.

Plaintiff Ray Gott filed a Complaint (Doc. No. 1) against the Commissioner of Social Security seeking judicial review of the Commissioner's decision to deny Disability Insurance Benefits (DIB). This case was referred to United States Magistrate Judge James Gallas for a Report and Recommendation (R&R) in accordance with Local Rule 72.2(b)(2).

Following briefs on the merits from both parties, the Magistrate filed the R&R (Doc. No. 22) recommending the case be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. 405(g)[1] to reconsider the medical opinions with particular attention paid to Plaintiff's treating psychiatrist, Dr. Gill, and the vocational expert's testimony related to Dr. Gill's opinion. Neither party objected to the R&R.

---

[1] Sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g), states: "the court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Upon review, this Court finds the R&R to be well-founded and supported by the record. The Court therefore adopts the R&R in its entirety. Accordingly, this case is remanded to the Commissioner for further proceedings as described in the R&R.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                                         JACK ZOUHARY
                                                         U. S. DISTRICT JUDGE

                                                         November 13, 2009